

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-19-00466-CR

Scott Ralph **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18291
Honorable Rex Emerson, Judge Presiding

# O R D E R

On February 10, 2020, appellant filed a "Motion on Review of Error(s) for Dismissal." Appellant's motion is DENIED WITHOUT PREJUDICE to appellant reasserting his arguments in his brief. Appellant's brief is due on March 2, 2020. Because appellant may not receive this order in a timely fashion, the deadline for appellant to file his brief is EXTENDED to March 16, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court